# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UPM Technology, Inc. *Petitioner*, v. Federal Communications Commission, *Respondent.* | No. |

## PETITION FOR REVIEW

UPM Technology, Inc. (UPM) petitions for review under Section 402(a) of the Federal Communications Act, 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) & 2344, Federal Rule of Appellate Procedure 15(a), and Ninth Circuit Rule 15-1, of the following two orders issued by the Federal Communications Commission (FCC):

- *UPM Technology, Inc., Complainant, v. Unigestion Holding, S.A., d/b/a Digicel Haiti, Defendant. Memorandum Opinion and Order*, FCC 24-33, Proceeding Number 23-64 [Enforcement] Bureau ID Number EB-23-MD-001 (March 19, 2024) (Memorandum Opinion and Order); and

- *UPM Technology, Inc., Complainant, v. Unigestion Holding, S.A., d/b/a Digicel Haiti, Defendant. Order on Reconsideration,* FCC 24-33, Proceeding Number 23-131 [Enforcement] Bureau ID Number EB-23-MD-001 (December 11, 2024) (Reconsideration Order).

1

The Memorandum Opinion and Order addressed UPM's complaint against Unigestion Holding, S.A., d/b/a Digicel Haiti (Digicel-Haiti). UPM filed its complaint in accordance with the Commission's rules governing primary jurisdiction referrals from the federal courts. In this case, the referral was from the United States District Court for the District of Oregon, in connection with UPM's counterclaims against Digicel-Haiti in a civil case brought by Digicel-Haiti against UPM.[1]

UPM's complaint at the FCC demonstrated that (a) Digicel-Haiti was providing foreign telecommunications services from the United States (calls from the United States to Haiti) and was therefore a telecommunications carrier within the Commission's jurisdiction; and (b) certain Digicel-Haiti actions (cutting off UPM's service) violated the Communications Act and longstanding Commission precedent. The Memorandum Opinion and Order denied UPM's complaint, holding that Digicel-Haiti was not a telecommunications carrier under the Commission's authority and that in any event its actions regarding UPM were lawful.

---

[1] The District Court case is *Unigestion Holding, S.A., d/b/a Digicel Haiti v. UPM Technology, Inc. and Duy Bruce Tran,* Case No. 3:15-cv-185-SI (D. Ore) (pending).

UPM sought reconsideration of the Memorandum Opinion and Order on various grounds. The Reconsideration Order denied UPM's request for reconsideration.

UPM hereby petitions this Court for review of the Memorandum Opinion and Order and the Reconsideration Order, including on the grounds that the FCC's orders are arbitrary and capricious, reflect a failure to engage in reasoned decision-making, are not supported by substantial evidence, and are otherwise contrary to law.

Because the FCC denied UPM's Petition for Reconsideration on December 11, 2024, this petition for review is timely. 28 U.S.C. § 28 U.S.C. § 2344 (60 days to file petition for review). Venue is proper under 28 U.S.C. § 2343 because UPM's principal places of business are in Oregon and California. Copies of the Memorandum Opinion and Order and Reconsideration Order are attached as Attachments A and B respectively.

Respectfully submitted,

/s/ David M. Gossett
David M. Gossett
Christopher W. Savage
Katherine D. Sheriff
DAVIS WRIGHT TREMAINE LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
(202) 973-4200
davidgosett@dwt.com
chrissavage@dwt.com
katherinesheriff@dwt.com

Attorneys *for UPM Technology, Inc.*

January 13, 2025

## CERTIFICATE OF SERVICE

Pursuant to Rule 15(c) of the Federal Rules of Appellate Procedure, I hereby certify that I have this 13th day of January, 2025, caused to be served copies of the foregoing Petition for Review by first class mail to:

Marlene H. Dortch, Secretary
Federal Communications Commission
45 L Street NE
Washington, DC 20554

P. Michelle Ellison, General Counsel
Federal Communications Commission
45 L Street NE
Washington, DC 20554

and via email on Unigestion Holding, SA d/b/a Digicel-Haiti, the defendant in (and only other party to) the underlying FCC proceeding:

| | |
|---|---|
| Kent Bressie | Robert Vaughan |
| Colleen Sechrest | Cherine Smith Valbrun |
| HWG LLP | Kim Vaughan Lerner LLP |
| 1919 M Street NW | 312 SE 17th Street |
| Washington, DC 20035 | Suite 300 |
| kbressie@hwglaw.com | Fort Lauderdale, FL 33316 |
| csechrest@hwglaw.com | rvaughan@kvllaw.com |
| | cvalbrun@kvallaw.com |

*Counsel for Unigestion Holdings, S.A.,*

/s/     David M. Gossett
David M. Gossett

5